This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**GREEN TREE SERVICING LLC,**

Plaintiff-Appellee,

v. **No. 35,293**

**ADAM CEPELAK,**

Defendant-Appellant,

and

**LINDA D. CEPELAK**; **ESTATE OF LINDA D. CEPELAK**; **UNKNOWN HEIRS, DEVISEES, AND LEGATEES OF LINDA D. CEPELAK**, **UNKNOWN TENANT,** and **BANK OF AMERICA, N.A.**,

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Rose, Little, Brand & Associates, PC
Eraina Edwards
Albuquerque, NM

for Plaintiff-Appellee

JRSPC, LLC
Joshua R. Simms
Albuquerque NM

for Defendant-Appellant

**MEMORANDUM OPINION**

**VIGIL, Chief Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}    Affirmed.

{3}    **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Chief Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

_____
**M. MONICA ZAMORA, Judge**